May 10, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

CHRISTOPHER AUZENNE, Appellant

NO. 14-15-00159-CV                               V.

GREAT LAKES REINSURANCE, PLC, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Great Lakes Reinsurance, PLC, signed, February 20, 2015, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Christopher Auzenne, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.